ORIGINAL

David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
Christine M. Neuharth (SBN 263509)
Email: cneuharth@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

*Attorneys for Defendants*
The Bank of New York Mellon fka The Bank of New York, not in its Individual Capacity but Solely as Trustee for the Benefit of the Certificateholders of the CWABS Inc. Asset-backed Certificates, Series 2005-14 and Bank of America, N.A. (erroneously sued as "Bank of America")

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 12 2012

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| ANTHONY GAETA, an individual, and ANNE GAETA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA; BANK OF NEW YORK MELLON F/K/A BANK OF NEW YORK AS TRUSTEE FOR CWABS ASSET BACKED CERTIFICATES TRUST 2005-14; and Does 1-10, inclusive,<br><br>Defendants. | Case No. SACV 11-00955 AG (MLGX)<br><br>[PROPOSED] JUDGMENT ~~OF DISMISSAL~~<br><br>Compl. Filed: June 24, 2011<br>FAC Filed: Sept. 13, 2011<br><br>Honorable Andrew J. Guilford |

# [PROPOSED] JUDGMENT

On September 6, 2012, this Court issued a Minute Order, in chambers, dismissing the instant case because Plaintiffs Anthony and Anne Gaeta ("Plaintiffs") failed to amend their Complaint. This Order immediately followed the filing of a Second Request for Dismissal of Plaintiffs' Action for Failure to Amend Complaint in Violation of Court Orders by Defendants The Bank of New York Mellon fka The Bank of New York, not in its Individual Capacity but Solely as Trustee for the Benefit of the Certificateholders of the CWABS Inc. Asset-backed Certificates, Series 2005-14 and Bank of America, N.A. (erroneously sued as "Bank of America") (collectively, "Defendants").

1. In its Minute Order, this Court stated that "[b]ecause Plaintiffs have had multiple opportunities to amend but have failed to do so, the Court now DISMISSES this case without further leave to amend. Based upon this ruling, and with **GOOD CAUSE shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims are **DISMISSED IN THEIR ENTIRETY WITH PREJUDICE**, judgment is entered in favor of Defendants and against Plaintiffs, and Plaintiffs take nothing by way of their First Amended Complaint against that Defendants. Defendants are entitled to recover its costs of suit.

2. In addition, the *lis pendens* recorded as Instrument No. 2011000336425 in the Official Records of the Orange County Recorder on July 11, 2011 and referencing the real property located at 5837 East Valley Forge Drive, Orange, California 92869 (APN # 379-151-03), is hereby terminated.

**SO ORDERED:**

DATED: SEPT 12, 2012

Honorable Andrew J. Guilford
United States District Court
Central District of California
Santa Ana Division